# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ANDREA BORDEAUX, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>LIONS GATE ENTERTAINMENT, INC., a Delaware Corporation; WORLD PRODUCTIONS, INC., a New York Corporation; DOES 1-10,<br><br>Defendants. | Case No. 2:22-CV-04244-SVW-PLA<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Judge:  Stephen V. Wilson<br>Magistrate Judge: Paul L. Abrams<br><br>Action Filed:     June 21, 2022<br>Trial Date:        None |

Having considered the papers, and finding that good cause exists, the Parties' stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

Dated:   January 4, 2023

*Paul L. Abrams*

Hon. Paul L. Abrams
United States Magistrate Judge

Kendall Brill
& Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067